Form 4-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 4

| |
|---|
| Chesapeake Spice Company, LLC<br><br>                              Plaintiff,<br>v.<br><br>The United States of America; U.S. Customs and Border Protection; and Rodney S. Scott, in his official capacity as Commissioner of U.S. Customs and Border Protection,        Defendants. |

**SUMMONS**
Court No. 25-cv-00325

**TO:**   The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ Gina Justice
Clerk of the Court

_____
Signature of Plaintiff's Attorney

December 2, 2025
_____
          Date

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

P. Lee Smith
Baker, Donelson, Bearman,
 Caldwell & Berkowitz, PC
901 K Street, N.W. Suite 900
Washington, D.C. 20001
leesmith@bakerdonelson.com
202-326-5026

\*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025.)